In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00158-CV**
_____


**IN RE MUJTABA ALI KHAN**

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

In a petition for writ of mandamus and motion for temporary relief, Mujtaba Ali Khan seeks relief from two orders signed by the judge of the 284th District Court of Montgomery County in post-judgment enforcement proceedings conducted in Cause No. 14-03-02507-CV, *Haroon Chaudhry v. Mujtaba Ali Khan*. Currently, Relator has pending before this Court an appeal from a judgment on the merits and an appeal from a turnover order in the same case. Relator contends the trial court's December 16, 2014 turnover order is void because it imposes liability in a manner materially different from the judgment being enforced. Relator also

1

contends that the trial court's January 28, 2015 order compelling discovery and imposing sanctions is unjust.

We have carefully reviewed Relator's petition and the accompanying mandamus record, and we conclude that Relator has not established an abuse of discretion that his appeals, if successful, would not adequately remedy. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). Relator has not shown that he is entitled to mandamus relief. We deny the petition for a writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8.

PETITION DENIED.

PER CURIAM

Submitted on April 28, 2015
Opinion Delivered April 29, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.

2